# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 15, 2022

## NO. 03-22-00515-CR

**The State of Texas, Appellant**

**v.**

**Rafael Goris, Appellee**

**APPEAL FROM THE 424TH DISTRICT COURT OF BLANCO COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the district court's order granting a motion to suppress evidence. Appellant, The State of Texas has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows The State of Texas to withdraw its notice of appeal, and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.